

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of William Scott Dorner and Gloria Monique Dorner

No. 06-14-00005-CV

Appeal from the 415th District Court of Parker County, Texas (Tr. Ct. No. CV11-1854). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Gloria Monique Dorner, pay all costs of this appeal.

RENDERED JUNE 6, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk